IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GNADJI LAZARE,

     Petitioner,

v.                                              Civ. No. 26-0808-KG-KK

WARDEN, Otero County Processing Center,
MARY DE ANDA-YBARRA, Field Office Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement; TODD LYONS, Acting Director
Immigration and Customs Enforcement;
CURRENT SECRETARY, U.S. Department
Of Homeland Security; AND PAMELA BONDI,
U.S. Attorney General,

     Respondents,[1]

ORDER TO ANSWER

This matter is before the Court on the Petition for Writ of Habeas Corpus Under 28

U.S.C. § 2241.   (Doc. 1) (Petition).   Petitioner is an immigration detainee at the Otero County

Processing Center and is proceeding *pro se*.   He challenges his continued immigration detention,

and it is unclear what process he has received.   The Court will require an answer to the Petition.

The Clerk's Office has electronically served Respondents by Notice of Electronic Filing (NEF)

using the Case Management and Electronic Case Filing (CM/ECF) system.   (Doc. 3).   The

Court will also grant Petitioner's Motion to Proceed *In Forma Pauperis* (Doc. 2), which reflects

he cannot prepay the filing fee.

---

[1] The Court will add the above-mentioned parties as Respondents.   *See Torres-Torres v. Miller,* 2020 WL 4430519 (D.N.M. July 31, 2020) (discussing the respondents in an immigration habeas case); *Lowmaster v. Dir., Bureau of Prisons*, 2024 WL 5135970, at \*1 (D. Kan. Dec. 17, 2024) ("the Court notes that it routinely substitutes the" proper parties as "respondent in habeas cases"); *Danderson v. Page*, 2024 WL 3913051, at \*2 (E.D. Okla. Aug. 20, 2024) (substituting the proper party respondent in a habeas case).

IT IS ORDERED that:

1.  The United States Attorney's Office must answer the Petition within ten (10) business days of entry of this Order.

2.  If Petitioner wishes to file an optional reply, he must do so within seven (7) business days after the response is filed.

3.  The Motion to Proceed *In Forma Pauperis* (Doc. 2) is granted.

4.  The Clerk's Office shall update CM/ECF to include the Respondents added by this Order.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.