**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

GNADJI LAZARE,

Petitioner,

v. No. 2:26-cv-00808-KG-KK

MARY DE ANDA-YBARRA, et al.,

Respondents.

**ORDER TO ANSWER**

This matter is before the Court on the Court's Order to show cause why Petitioner's amended petition for a writ of habeas corpus under 28 U.S.C. § 2241, filed June 15, 2026, should not be dismissed as an abuse of the writ. Doc. 12. Petitioner timely responded on August 13, 2026. Doc. 13. Based on Petitioner's response, the Court declines to summarily dismiss this case. Petitioner raises a distinct claim for relief related to the prolonged nature of his detention. That claim is not barred by the abuse of the writ doctrine. The Court, therefore, orders Respondents to file an answer within 10 business days. Petitioner may file an optional reply within 7 days after the answer is filed. Petitioner's Motion to Extend Time for Filing, Doc. 14, is granted.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.